IN THE UNITED STATES OF AMERICA
NEW MEXICO
El Paseo NM Division

Robert James Swint,
     Plaintiffs,

-Against-

Comic Book Authority,
A.M. Collins,
Tennessee Valley Authority,
Lord Baltimore,
Oregon Health Authority,
Masonite, Prem Door,
     Defendants,

COMPLAINT

Civil Action:
21cv382 JFR

COMPLAINT

Facts And Details

Misses A'M's Best insurance, The National Stroke Association division of the National Security agency that monitors all they key strokes on there keyboards by there Mr Key Stone, Misses Alma Sehosafat Mena, And her will to robort, WalmaRT, was not

Fully honored, Although your timeline for the power shift/comic con and everything else did happen so I should be a patient but they forget, So you increase production and never look back, A bunch of slip ups that need signed And lets hit that Earthquake now we installed that system last month lets see where the fault lies lay BOOM

Q~ [signature]

Robert James Swint
Oregon State Hospital
2600 Center St, NE
Salem, OR 97301-268

TRUE
and
Correct



PORTLAND OR 972
23 APR 2021 PM 2 L

Robert James Swint
2600 Center St, NE
Salem, Oregon 97301-268

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 26 2021

MITCHELL R. ELFERS
CLERK

United States D.C.
333 Lomas Blvd. NW #270
Albequere, NM 87102

87102-227470

Clovis S.3
Loma 52
Roswell S1